```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 28161
   MICHAEL BRENT PETERSEN SR
   CATHERINE RENAE PETERSEN                     CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
           Debtor
   SSN XXX-XX-4999    SSN XXX-XX-3437

--------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/29/04 and confirmed on 09/20/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $ 173837.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | 96592.18 | .00 | 96592.18 |
| GMAC PAYMENT CENTER | SECURED | 8459.84 | 408.41 | 8459.84 |
| ECAST SETTLEMENT CORP | SECURED | 300.00 | 9.67 | 300.00 |
| BANK ONE/JPM CHASE | SECURED | 300.00 | 10.47 | 300.00 |
| ECAST SETTLEMENT CORP | SECURED | 300.00 | 10.47 | 300.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2856.89 | .00 | 1457.01 |
| AMERICA UNITED BANK | UNSECURED | 1590.00 | .00 | 810.90 |
| ROUNDUP FUNDING LLC | UNSECURED | 1601.37 | .00 | 816.70 |
| BP AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 275.07 | .00 | 140.29 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9788.12 | .00 | 4991.94 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14607.12 | .00 | 7449.63 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7543.60 | .00 | 3847.24 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10274.66 | .00 | 5240.08 |
| DISCOVER BANK | UNSECURED | 5723.14 | .00 | 2918.80 |
| DISCOVER BANK | UNSECURED | 10207.23 | .00 | 5205.69 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1142.61 | .00 | 582.73 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2511.17 | .00 | 1280.70 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| KOHLS | UNSECURED | 1422.74 | .00 | 725.60 |
| ECAST SETTLEMENT CORP | UNSECURED | 859.70 | .00 | 438.45 |
| RETAILERS NATIONAL BANK | UNSECURED | 1116.14 | .00 | 569.23 |
| ROUNDUP FUNDING LLC | UNSECURED | 5868.27 | .00 | 2992.82 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

```
RESURGENT CAPITAL SERVIC  UNSECURED       7438.19          .00        3793.48
RESURGENT CAPITAL SERVIC  UNSECURED       1114.47          .00         568.38
RESURGENT CAPITAL SERVIC  UNSECURED        440.71          .00         224.76
RESURGENT CAPITAL SERVIC  UNSECURED       3296.68          .00        1681.31
US BANK                   UNSECURED      13415.84          .00        6842.08
WALMART                   UNSECURED      NOT FILED         .00            .00
CHASE HOME FINANCE        MORTGAGE ARRE   1818.30          .00        1818.30
BANK ONE/JPM CHASE        UNSECURED       1357.21          .00         692.18
CHASE HOME FINANCE        COST OF COLLE    450.00          .00         450.00
ECAST SETTLEMENT CORP     UNSECURED        974.24          .00         496.86
ECAST SETTLEMENT CORP     UNSECURED       1888.02          .00         962.89
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  107770.32     450.00   107313.19          .00    215533.51
PRINCIPAL PAID      107770.32     450.00    54729.75          .00    162950.07
INTEREST PAID          439.02        .00        .00           .00        439.02
TOTAL PAID          108209.34     450.00    54729.75          .00    163389.09
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00
and was paid $    1000.00   direct and $   1700.00   through the plan.

The Trustee received $    7795.43 .

Refunds to the Debtor totaled $     952.48 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/09/09                   /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE



                            PAGE   2
       CASE NO. 04 B 28161 MICHAEL BRENT PETERSEN SR & CATHERINE RENAE PETERS